| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>LAW OFFICES OF BRANDON A. BLOCK<br>A PROFESSIONAL CORPORATION<br>Brandon A. Block (State Bar No. 215888)<br>9440 Santa Monica Blvd., Ste. 301<br>Beverly Hills, CA 90210<br>424.600.9454<br><br>ATTORNEY(S) FOR:  Plaintiff JOSE MENDOZA | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MENDOZA,<br>Plaintiff(s),<br>v.<br>FOX TOWING & RECOVERY LLC,<br>Defendant(s) | CASE NUMBER:<br>2:23-cv-7178<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Plaintiff JOSE MENDOZA
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| JOSE MENDOZA | Plaintiff |
| FOX TOWING & RECOVERY LLC | Defendant |

| | |
|---|---|
| August 30, 2023<br>Date | /s/ Brandon A. Block<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff JOSE MENDOZA